NUMBER
13-05-171-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

________________________________________________________

 

HERACLIO FLORES, ET AL.,                                     Appellants,

 

                                           v.

 

MELVIN
JUSTIN,                                                      Appellee.

_________________________________________________________

 

                On appeal from County
Court at Law No. 5 

                           of Hidalgo
County, Texas.

_________________________________________________________

                                       

MEMORANDUM
OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, HERACLIO FLORES, ET AL., perfected an appeal from a judgment
entered by County Court at Law 
No. 5 of Hidalgo County, Texas, in cause number CL-32,336-E.  After the
record and appellants= brief were filed, the
parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that they
have settled all claims and controversies between them.  The parties request that this Court dismiss
the appeal.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 11th day of May, 2006.